691 A.2d 818

IN THE MATTER OF MARK E. GOLD, AN ATTORNEY AT LAW.

April 25, 1997.

## ORDER

The Disciplinary Review Board on November 6, 1996, having filed with the Court its decision concluding that **MARK E. GOLD** of **HACKENSACK,** who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of six months for his violations of *RPC* 1.7 (conflict of interest); *RPC* 1.8 (prohibited business transaction with a client); and *RPC* 1.15 (failure to safeguard funds), and good cause appearing;

It is ORDERED that **MARK E. GOLD** is hereby suspended from the practice of law for a period of six months, effective May 16, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.